UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JOHNNY AVALOS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SUPERIOR COURT COUNTY OF RIVERSIDE, et al.,<br><br>    Defendants. | CASE NO. ED CV 19-31-JAK (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge, and has considered *de novo* the portions of the Report as to which objections have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

    IT IS THEREFORE ORDERED that the Second Amended Complaint be dismissed with prejudice.

Dated: June 30, 2020

_____
John A. Kronstadt
United States District Judge