JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JOHNNY AVALOS, | Case No. ED CV 19-31-JAK (PJW) |
| Plaintiff, | JUDGMENT |
| v. | |
| THE SUPERIOR COURT COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: June 30, 2020

_____
John A. Kronstadt
United States District Judge